DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**LEQUAN JAHEEM PEMBERTON,** )<br>)<br>**Defendant.** )<br>) | Case No. 3:21-cr-0002 |

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the magistrate judge recommending that the Court accept Lequan Jaheem Pemberton's ("Pemberton") plea of guilty (ECF No. 22) to Count One of the Information. After conducting a *de novo* review of the record and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Court finds that Defendant Pemberton entered his guilty plea knowingly and voluntarily, and that there was a factual basis for the plea. The Court, therefore, will adopt the Report and Recommendation and find Pemberton guilty as to Count One of the Superseding Information. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 22) is **ADOPTED;** it is further

**ORDERED** that Defendant Lequan Jaheem Pemberton's plea of guilty as to Count One of the Information is **ACCEPTED,** and Defendant Pemberton is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than May 27, 2021; it is further

*United States v. Pemberton*
Case No. 3:21-cr-0002
Order
Page 2 of 2

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than June 10, 2021; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than June 24, 2021; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than July 8, 2021; and it is further

**ORDERED** that a sentencing hearing shall be held on Thursday, July 15, 2021, at 9:30 A.M. in St. Thomas Courtroom No. 1.


**Date:** March 15, 2021                    /s/ *Robert A. Molloy*
                                            **ROBERT A. MOLLOY**
                                            **District Judge**